IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELIJAH REID,

    Plaintiff,

v.

M. BUNDREN and C/O JONES,

    Defendants.

Case No. 13-cv-51-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants M. Bundren and C/O Jones and against Plaintiff Elijah Reid,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

DATED:  July 9, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                      By:s/Deborah Agans, Deputy Clerk

Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**